FILED: March 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1334
(9:25-cv-04500-BHH-MHC)

_____

In re: JACQUELINE ELIZABETH ARD; TERRY FRANK NICOLA

Petitioners

___

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Beaufort |
| Date Petition Filed: | 03/26/2026 |
| Petitioner(s) | Jacqueline Elizabeth Ard; Terry Frank Nicola |
| Appellate Case Number | 26-1334 |
| Case Manager | K. Hancock<br>804-916-2702 |