FILED:  March 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1334
(9:25-cv-04500-BHH-MHC)

_____

In re: JACQUELINE ELIZABETH ARD; TERRY FRANK NICOLA

Petitioners

_____

O R D E R

_____

The court denies leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk